# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 19, 2017

SEAN F. McAVOY, CLERK

GARY BANKS,

    *Plaintiff*

v.

CAROLYN W COLVIN,
Commissioner of Social Security,

    *Defendant*

Civil Action No. 1:15-cv-03184-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 14) is GRANTED. Defendant's Motion for Summary Judgment (ECF No. 20) is DENIED. Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge JOHN T. RODGERS on Motions for Summary Judgment (ECF Nos. 14 and 20).

Date: 1/19/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
    *(By) Deputy Clerk*
Tonia Ramirez